UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **JOSEPH MANSSOR,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | EP-23-CV-00236-DCG |
| § | |
| **NRRM, LLC,** *d/b/a CarShield*, **and** § | |
| **AMERICAN AUTO SHIELD, LLC,** § | |
| § | |
| *Defendants*. § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Pursuant to the parties' "Stipulation of Dismissal With Prejudice as to All Claims" (ECF No. 27), the Court **DISMISSES** the above-captioned case **WITH PREJUDICE**. Each party shall bear its own costs.

The Court **DENIES** "Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint" (ECF No. 19) as **MOOT**.

The Court **CLOSES** the case.

**So ORDERED and SIGNED this 15th day of December 2023.**

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE